UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH SIDNAM, | CASE NO. 2:25-cv-01062-LK |
| Plaintiff, | SCHEDULING ORDER |
| v. | |
| SYMETRA LIFE INSURANCE COMPANY, | |
| Defendant. | |

Having reviewed the parties' Joint Status Report, docket no. 21, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following dates and deadlines:

| Event | Date |
|---|---|
| Deadline for filing administrative record | 10/3/2025 |
| Deadline for joining additional parties | 11/1/2025 |
| Deadline for filing any discovery-related motion | 2/10/2026 |
| Deadline to complete limited discovery and file all motions challenging any expert witness testimony | 3/10/2026 |

SCHEDULING ORDER - 1

| Deadline for Plaintiff's dispositive motion | 4/10/2026 or 60 days after the Court decides the Motion for Judgment on the Pleadings, whichever is later |
|---|---|
| Deadline for Defendant's combined opposition and dispositive cross-motion | 5/8/2026 or 28 days after Plaintiff's dispositive motion is due, whichever is later. |
| Deadline for Plaintiff's combined reply and opposition to cross-motion | 6/5/2026 or 28 days after Defendant's dispositive motion is due, whichever is later. |
| Deadline for Defendant's reply | 6/22/2026 or 14 days after Plaintiff's combined reply is due, whichever is later. |

Because the parties agree that this case "should properly be tried by Rule 52 cross-motions for judgment," the Court will not set a trial date at this time.

The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

The administrative record shall be filed **under seal** via the Case Management and Electronic Case Files ("CM/ECF") system.

## SETTLEMENT

If this case settles, counsel shall notify Natalie Wood via email at natalie_wood@wawd.uscourts.gov as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the

SCHEDULING ORDER - 2

Court deems appropriate. In most cases, the Court will take one of two courses when parties notify it of settlement. If the parties agree, the Court will enter a standard order of post-settlement dismissal, which will contain the language below.

> The parties have notified the Court that they have reached a settlement of this case. The Court accordingly DISMISSES this case with prejudice and without court-ordered costs or attorney fees to any party. Any trial date and pretrial dates previously set are hereby VACATED and any pending motion is hereby STRICKEN. If the parties are unable to perfect their settlement, they may move to reopen this case within 60 days of this order.

This is the Court's preferred course of action.

Absent the parties' agreement to the Court's preferred course of action, the Court will impose a deadline (typically 30 days from the notification of settlement) for the parties to submit a stipulated dismissal. If the parties do not submit a stipulated dismissal by that deadline, the Court will enter its standard order of post-settlement dismissal.

The parties are responsible for complying with the terms of this Order. The Court may impose sanctions on any party who fails to comply fully with this Order.

Dated this 29th day of September, 2025.

*Lauren King*
Honorable Lauren King
United States District Judge

SCHEDULING ORDER - 3